UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| CUSTOM BENT GLASS CORPORATION Plaintiff(s) v. STATE AUTOMOBILE MUTUAL INSURANCE COMPANY Defendant(s) | Civil Action No: 2:06-CV-00636 JUDGE LANCASTER/ MAGISTRATE JUDGE LENIHAN |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)

**IT IS HEREBY STIPULATED,** pursuant to Fed. R. Civ. P. 41(a), that all claims in this action, including Plaintiff's claims for breach of contract and bad faith pursuant to 42 Pa. C.S.A. § 8371, and Defendant's counterclaim for declaratory judgment, be dismissed with prejudice, as the parties have amicably resolved their differences, each party to bear their own costs.

| TUCKER ARENSBERG, P.C. | NELSON LEVINE de LUCA & HORST, LLC |
|---|---|
| BY: s/ Christopher W. Cahillane | BY: s/ William Krekstein |
| CHRISTOPHER W. CAHILLANE, ESQUIRE | WILLIAM KREKSTEIN, ESQUIRE |
| 1500 One PPG Place | Four Sentry Parkway, Suite 300 |
| Pittsburg, PA 15222 | Blue Bell, PA 19422 |
| (412) 594-5552 | (610) 862-6500 |
| (412) 594-5619 (fax) | (610 862-6501 (fax) |
| ccahillane@tuckerlaw.com | bkrekstein@nldhlaw.com |
| PA I.D. 75977 | PA I.D. 69149 |
| Attorneys for Plaintiff | Attorney for Defendants |
| Dated: August 17, 2007 | Dated: August 16, 2007 |

LIT:424604-1 022728-128408

SO ORDERED, this 21st day of August, 2007.

_____
Gary L. Lancaster, U.S. District Judge